## 20395. CARROLL v. CARROLL.

HEAD, Justice. The evidence in the present case does not show such wilful disobedience of the court's decree as would require that the defendant be held in contempt for failure to pay alimony. The trial judge did not abuse his discretion in holding that he was not in contempt of court. *Yancey* v. *Mills*, 210 *Ga.* 684 (82 S. E. 2d 505).

*Judgment affirmed. All the Justices concur.*

SUBMITTED MARCH 9, 1959—DECIDED APRIL 9, 1959.

*Marson G. Dunaway, Jr.*, for plaintiff in error.